TOTAL TIME: ___ hours  **45** minutes       HONORABLE **Nevas**
DEPUTY CLERK **Jaiman**       RPTR/ECRO/TAPE **Baldwin**
USPO **Mehgan Nagy**       INTERPRETER _____

DATE **10/29/08**       START TIME **12:00**       END TIME **12:45**

## CRIMINAL COURTROOM MINUTES (check all boxes that apply):

- [ ] IA-INITIAL APPEARANCE
- [ ] IA-REVOCATION
- [ ] IA-RULE 5
- [ ] ARRAIGNMENT
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] PROBABLE CAUSE HRG
- [ ] CONFLICT HEARING
- [x] CHANGE OF PLEA HRG
- [x] WAIVER/PLEA HEARING
- [ ] EXTRADITION HEARING
- [ ] EVIDENTIARY HEARING
- [ ] IN CAMERA HEARING
- [ ] COMPETENCY HEARING
- [ ] FORFEITURE HRG
- [ ] MISCELLANEOUS HRG
- [ ] STATUS CONFERENCE

CR # **3:08CR222**       DEFT # **1**

UNITED STATES OF AMERICA       **Edward Chang**, AUSA
vs
**Young Bae Kim**       **Elton John Bozanian** [R]
Counsel for Defendant  Ret - (R), CJA - (C), PDA - (P)

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] Arrest date (CT case): _____ [ ] case unsealed; or [ ] Rule 5 arrest, District of _____
- [ ] CJA 23 Financial Affidavit filed [ ] under seal
- [ ] Order appointing Federal Public Defender's Office filed
- [ ] Court appoints Atty. _____ to represent deft for [ ] this proceeding only [ ] all proceedings
- [x] Appearance of **Elton John Bozanian** filed
- [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [x] Information/Misdemeanor filed [ ] Sealed Information filed
- [x] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] Plea Agreement Letter filed [ ] under seal; [x] Special Assessment of $100.00/~~$50.00/$25.00 to be~~ paid immediately
- [x] Counts **1** of the _____ (~~indictment, superseding indictment,~~ information, etc.)
- [x] Plea of [ ] not guilty [x] guilty [ ] nolo contendere
- [ ] Petition to Enter Guilty Plea filed
- [ ] Deft motions due _____ ; Govt. responses due _____
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for _____ at _____
- [ ] Jury Selection set for _____ at _____
- [ ] Remaining count(s) to be dismissed at sentencing
- [ ] Sentencing set for **1/20/09** at **2:00**
- [ ] Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Order of Detention filed
- [ ] Deft ordered removed/committed to originating/another District of _____
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 5 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $ _____ [ ] reduced to $ _____ [ ] Non-surety [ ] Surety [ ] PR
- [ ] Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] Defendant detained
- [ ] Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] Set Attorney Flag

[ ] SEE reverse for [ ] conditions of bond [ ] additional proceedings