LAW OFFICES OF
# ELTON JOHN BOZANIAN
115 BROAD AVENUE
PALISADES PARK, NEW JERSEY 07650
TELEPHONE: (201) 947-8777
FACSIMILE: (201) 947-7088

BAR ADMISSIONS:
NEW JERSEY
NEW YORK

bozanianlaw@yahoo.com
ejb_legal@hotmail.com

NEW YORK OFFICE:
277 BROADWAY, SUITE 1606
NEW YORK, NEW YORK 10007

January 20, 2009

Honorable Alan H. Nevas
Senior United States District Judge
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 240
Bridgeport, Connecticut 06604

Re:   United States v. Kim, Young Bae
      Docket No. 3:08CR222 (AHN)
      Our File # 04-152CRI

Dear Judge Nevas:

I represent defendant, Young Bae Kim.

Sentencing is scheduled on this date, January 20, 2009.

I attach letters of support on behalf of defendant from friends and family members. I respectfully request that the Court consider the attached letters in mitigation of the sentence of defendant.

Thank you.

Respectfully submitted,

LAW OFFICES OF ELTON JOHN BOZANIAN

By: _____
      ELTON JOHN BOZANIAN

Enclosures
Electronic Filing
cc:   Assistant United States Attorney Edward Chang – w/encls. – Telefax Only
      Senior United States Probation Officer Mark David Myers – w/encls. – Email Only
      Mr. Young Bae Kim – w/encls. - Hand Delivered