To whom it may concern:

    I am writing this letter on behalf of my brother, Young Kim.  Young is not only my brother, but a friend of great character who I strongly admire.  I have had the privilege of knowing Young for my entire life, and I am confident to say that he is my most influential role model.

    Young has been a tremendous influence on my life for many reasons, mainly because he was given the responsibility of taking care of me from the day I was born.  Since our parents worked a lot, Young was given this enormous chore of looking after my actions, both academically and individually.  As a result, I observed my brother's incomparable work ethic both inside and outside the classroom.  I learned what kind of person I would have to be to reach some of the remarkable milestones that my brother has accomplished, such as graduating from Columbia University while serving as the general manager of our family business.

    I am aware of the criminal charges to which Young has pleaded guilty, but I am certain that this out of the character of the person that I know.  I know Young to be honest, dependable and unselfish.  Young has always placed his family first, while in the same light, serving as a good friend to others.  I can honestly say that I cannot think of any negative aspect of the personality ledger when it comes to Young.  All in all, my brother, Young Kim, is a well-balanced person full of positive qualities who is capable of achieving incredible success.  Please feel free to contact me with any questions,

Respectfully yours,


David Kim

Mrs. Kaye Fortson
38 Hobby Street,
First Floor
Pleasantville, NY 10570

January 13, 2009

Honorable Judge Neives
New Jersey

Dear Honorable Judge Neives:

For over three years, I have had the pleasure of knowing Paul Kim as a coworker and friend at Pepsi's Research and Development Department. We work side by side on many projects and have gotten to know each other well through constant communication and interaction. We frequently meet outside of the office for social gatherings and I have had him over my home numerous times. I consider Paul to be a close friend for whom I greatly care. He has a strong work ethic and consistently does more than his job requires to help colleagues achieve business objectives or simply to lend a helping hand. Being promoted twice, Paul has keenly demonstrated his aptitude as a R&D Scientist, consensus builder, and team player. His successes in the functional aspects of his job are only exceeded by his integrity and kindness to his fellow team members.

I was deeply saddened to learn of the charges to which Paul has pleaded guilty. It came as quite a shock since I know Paul to be a dependable, trustworthy, honorable, and caring individual. Were you to interview any member of my team they would undoubtedly tell you the same. Furthermore, I earnestly believe that Paul respects authority at all levels, as demonstrated by how he responds to directives from his superiors at Pepsi and even how he obeys and reveres his parents. This conviction does not in any way comport with Paul's character or predisposition. I believe wholeheartedly that Paul would not intentionally engage in unlawful activities, and as a result of this experience, is even more mindful of the consequences his actions and associations can have on his life. He is sincerely repentant and sorrowful for the activities that resulted in his conviction, which have caused him considerable pain. I pray regularly that Paul can be at peace since he has told me repeatedly how this conviction haunts him daily.

I unreservedly vouch for Paul as a person, citizen, teammate, and friend. He is an upright man of compassion and kindness that I have come to see as a brother. As you continue to review his case, I humbly ask that you take the above into careful consideration.

Respectfully yours,


Kaye Fortson

January 20, 2009

Honorable Alan H. Nevas
Senior United States District Judge
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 240
Bridgeport, Connecticut 06604

Re:    Young Bae Kim

Dear Judge Nevas:

I write this letter in support of Young Bae Kim. I have known Mr. Kim my entire life, over twenty-five years. He is my first-cousin, and as our families have always been close, played the role of a mentor throughout my life.

I know Mr. Kim to reflect the strong values of hard work, dedication, and a commitment to succeed. He was very diligent in his studies and successfully completed his studies and graduated from one of the top universities in the country. I know he puts forth the same effort to achieve success in his career. He is self-motivated to do the very best he can at whatever task is at hand.

Mr. Kim is a very caring individual, who does not hesitate to offer assistance or guidance if he can provide them. On a personal note, he has helped me throughout my life by providing advice, guidance, and support when I needed it most. He was instrumental in my college application process and choosing the best school for me, as well as helping me prepare for interviews as I was seeking employment upon graduation. He is engaging and very likeable, and it is due to his warm personality and respect for others that he is able to establish good relationships with individuals.

Recently, I learned of the federal criminal charges to which Mr. Kim has pleaded guilty. I understand that Mr. Kim has taken full responsibility for his actions. It is a highly regrettable mistake that Mr. Kim wishes he can undo. Frankly, the actions are totally out of character for Mr. Kim. However, I wholly believe that through his maturity and intelligence of and respect for the charges at hand, Mr. Kim will learn from this mistake and make sure it is not repeated. I do not know of any personal circumstances which would lead me to believe this would not be the case.

Thank you for the opportunity to write this letter in support of my cousin, Mr. Young Bae Kim. Please contact me if you have any further questions.

Respectfully yours,

John Noh

# Sung Kyoo Kim

5 Candlewood Drive, Old Tappan, NJ 07675

January 20, 2009

Honorable Alan H. Nevas
Senior United States District Judge
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 240
Bridgeport, Connecticut 06604

Dear Judge Nevas:

I have known Young Bae Kim for 15 years. We attended the same high school together and matriculated from Columbia University together. My relationship with Mr. Kim was fostered in the honors classes we took together in high school, and through this we became friends. Over time we became better friends and I consider him one of my closest friends today.

I am aware that Mr. Kim has been a loyal employee of the Pepsi Co. for three years now and is considered a model employee by his peers.

Mr. Kim is a reliable and trustworthy friend. Whenever I have been in need of help or advice he is the first person to whom I turn for advice, guidance and support. He is also the first to volunteer to be right by my side, which is why I have chosen to do the same for him today.

I am confident that the man who stands before you today is not the same youth that committed the crime to which he has pleaded guilty. I further know that he is repentant and has matured.

I respectfully will take into consideration his age at the time of these crimes and focus more on the man that he has grown into. He is a contributing member of society, a respected member of his community, family oriented, a supportive son, older brother and friend.

Sincerely,

Sung Kyoo Kim
Research Scientist I
Wyeth Oncology Research